ACCEPTED
12-15-00227-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/1/2015 3:36:01 PM
Pam Estes
CLERK

CASE NO. 12-15-00227-CV

IN THE

TWELFTH COURT OF APPEALS

TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/1/2015 3:36:01 PM
PAM ESTES
Clerk

C. AUBREY SMITH and JAMES D. VANDEVENTER          APPELLANTS

V.

A.B.S.H., LLC                                                                        APPELLEES

## UNOPPOSED MOTION OF APPELLANTS
## FOR EXTENSION OF TIME TO FILE BRIEF

Appellants, C. AUBREY SMITH and JAMES D. VANDEVENTER, request a fourteen (14) day extension of the deadline for filing their brief, pursuant to Tex. R. App. P. 10.

1.     The Clerk's Record in this matter was filed on September 21, 2015. The Reporter's Record was filed on November 12, 2015. Accordingly, because this is an accelerated appeal, December 2, 2015, is the current deadline for Appellants to file their brief.

2.     Appellants request a fourteen (14) day extension to file their brief.

3.     Appellants have requested no previous extension of time in this appellate cause.

4. Counsel for Appellants, Matthew T. Milam, requires additional time in which to file their brief. Counsel is currently preparing for a jury trial scheduled for December 7, 2015, in Cause No. 62,604, *Robert D. Eckeberger v. Lin T. Barker and E.P.B.B. Investment Holdings, L.P.*, in the County Court at Law for Smith County. The parties have estimated that the trial will last three days. Additionally, the parties to this appeal have scheduled mediation with Mike Patterson for Monday, December 14, 2015. An extension of time would allow the parties to this appeal to attempt to resolve this matter prior to submitting briefing.

5. No party will be prejudiced by the extension requested herein.

6. M.G. Wooton, on behalf of A.B.S.H., LLC, conferred with Matthew T. Milam, counsel for Appellants, on December 1, 2015, and indicated that A.B.S.H., LLC, is unopposed to the extension requested by Appellants herein. Such conference occurred in the presence of Vance Hendrix, counsel for A.B.S.H., LLC, in the underlying lawsuit. Mr. Hendrix has not made an appearance on behalf of A.B.S.H., LLC in this appeal. A.B.S.H., LLC, has not yet retained separate appellate counsel.

## Prayer for Relief

Therefore, Appellants respectfully request that this Court issue an Order granting the extension of time for the filing of the Appellants' brief in the above case to December 16, 2015.

Respectfully submitted this 1st day of December, 2015.

WILSON, ROBERTSON & CORNELIUS, P.C.
One American Center
909 ESE Loop 323, Suite 400 [01]
P.O. Box 7339
Tyler, Texas 75711-7339
Telephone: 903/509-5000
Telecopier: 903/509-5091


By: */s/Matthew T. Milam*
    Matthew T. Milam
    State Bar No. 24065746
    mmilam@wilsonlawfirm.com
*Attorneys for Appellants C. Aubrey Smith*
*and James D. VanDeventer*

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Rule 9.5, Texas Rules of Appellate Procedure, that a true and correct copy of the foregoing pleading was served upon the following counsel electronically, through the electronic filing manager, on this the 1st day of December, 2015:

Vance E. Hendrix, E-mail: vancehendrixpc@gmail.com
Attorney at Law
215 Winchester Drive, Suite 110
Tyler, Texas 75701


    */s/ Matthew T. Milam*
    MATTHEW T. MILAM

## CERTIFICATE OF CONFERENCE

Before filing this motion, Matthew T. Milam, the attorney for Appellants, conferred with Appellee as indicated in Paragraph 6 herein. A.B.S.H., LLC does not oppose this Motion.

/s/ Matthew T. Milam
MATTHEW T. MILAM

## VERIFICATION

I swear or affirm that the facts stated herein are true and correct.

MATTHEW T. MILAM

STATE OF TEXAS          §
                        §
COUNTY OF SMITH         §

BEFORE ME, the undersigned official, on this day personally appeared Matthew T. Milam, known to me to be the person whose name is subscribed to the foregoing document, and being by me first duly sworn, declared that the statements therein contained are true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME this 1st day of December, 2015.



Notary Public, State of Texas

MARY M. SKEETERS
Notary Public
STATE OF TEXAS
My Comm. Exp.02-27-2018

4